IN RE:  CASE NO. 07-53694

ARTHUR EDWARD RHODES  CHAPTER 7

    Debtor  REPORT OF UNCLAIMED DIVIDEND

    Harold A. Corzin, Trustee herein, reports that check #105 was issued on June 15, 2010 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated. The Trustee thus issues check #114 to the Clerk of Courts in the amount of $18.29 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Road
Akron, Ohio 44333
(330) 670-0770
(330) 670-0297 Facsimile
Hcorzin@csu-law.com

September 15, 2010

cc: U. S. Trustee

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 07-53694 - RHODES, ARTHUR EDWARD

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-02308388-66 | 114 | 09/15/10 | U. S. BANKRUPTCY COURT | | | $18.29 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-02308388-66 4 | 105 | | 02/26/08 | 610 | AKRON GENERAL MEDICAL CENTER<br>PO BOX 931729<br>CLEVELAND, OH 44193 | 170.81 | 170.81 | 18.29 | 18.29 |

*handwritten:* ck # 114 receipt # 81,784

(*) Denotes objection to Amount Filed   (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.